IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02303-PAB-KLM

DANIEL ONODERA,

    Plaintiff,

v.

BEVERLY DOWIS, Health Services Admin,
KATHLEEN MELLOH, Physician Assistant,
JOANN STOCK, Physician Assistant,
STEPHAN KREBS, P.H.P. M.D.,
JULIE RUSSEL, ADA Inmate Coordinator,
PAULA FRANTZ, Chief Medical Officer, and
ANTHONY DeCESARO, Grievance Officer,

    Defendants.
_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Plaintiff's pleading titled "Clarification from the Clerk of Court" [Docket No. 21; Filed January 14, 2011] (the "Motion").  The pleading was docketed as a Motion and referred to this Court for resolution.  As a preliminary matter, all pleadings seeking relief must be titled as motions and must comply with the Local Rules applicable to this Court.  Pursuant to the Motion, Plaintiff requests that the case not be drawn to a District Judge, referred to a Magistrate Judge, or served on Defendants until he files an amended complaint.  All of these actions have already occurred, including that service was effected on Defendants on January 17, 2011 [Docket No. 23].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.  Although it would have been beneficial to all involved to have any amended complaint filed prior to case assignment and service, the relief that Plaintiff seeks is no longer available.  However, the Court notes that pursuant to Fed. R. Civ. P. 15(a)(1), "[a] party may amend [his] pleading once as a matter of course within:  (A) 21 days after serving it, or (B) . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  As Plaintiff has not previously amended his Complaint – Plaintiff has twenty-one days after the date of service (January 17, 2010) <u>or</u> twenty-one days after Defendants' have filed an answer or a motion to dismiss – to file an Amended Complaint without leave of Court.

    Dated:  January 19, 2011