IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02303-PAB-KLM

DANIEL ONODERA,

    Plaintiff,

v.

BEVERLY DOWIS, Health Services Admin,
KATHLEEN MELLOH, Physician Assistant,
JOANN STOCK, Physician Assistant,
STEPHAN KREBS, P.H.P. M.D.,
JULIE RUSSEL, ADA Inmate Coordinator,
PAULA FRANTZ, Chief Medical Officer, and
ANTHONY DeCESARO, Grievance Officer,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Request Leave to Amend Pro Se [sic] Prisoner's Original Complaint** [Docket No. 26; Filed January 20, 2011] (the "Motion"). As the Court previously informed Plaintiff, pursuant to Fed. R. Civ. P. 15(a)(1), "[a] party may amend [his] pleading once as a matter of course within: (A) 21 days after serving it, or (B) . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier" [Docket No. 25]. As Plaintiff has not previously amended his Complaint – Plaintiff has twenty-one days after the date of service (January 17, 2010) <u>or</u> twenty-one days after Defendants' have filed an answer or a motion to dismiss – to file an Amended Complaint without leave of Court.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED with conditions**. Plaintiff may file a pleading titled **"Amended Prisoner Complaint"** on or before **February 7, 2011** (twenty-one days after service of his original Complaint on Defendants) **<u>or</u>** on or before twenty-one days after service of Defendants' answer or motion to dismiss to his original Complaint. Failure to comply with either deadline will require that Plaintiff file a motion to permit amendment and a proposed amended complaint.

    IT IS FURTHER **ORDERED** that Plaintiff shall use the Prisoner Complaint Form and shall include every claim and every party, including all claims and parties from his original Complaint, that he wishes to pursue in this matter. To this end, the Clerk shall mail Plaintiff two (2) copies of the Prisoner Complaint Form.

    Dated: January 24, 2011