IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02303-PAB-KLM

DANIEL ONODERA,

    Plaintiff,

v.

BEVERLY DOWIS, Health Services Admin,
KATHLEEN MELLOH, Physician Assistant,
JOANN STOCK, Physician Assistant,
STEPHAN KREBS, P.H.P. M.D.,
JULIE RUSSEL, ADA Inmate Coordinator,
PAULA FRANTZ, Chief Medical Officer, and
ANTHONY DeCESARO, Grievance Officer,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Request for Order to Mandate Additional Resources to Prisoner Pro-Se [sic]** [Docket No. 32; Filed January 25, 2011] (the "Motion").  Plaintiff contends that due to his limited legal skills and resources, the Court should order nonparties Denver County Sheriff's Department and Colorado Department of Corrections to provide him with seven (7) hours of access to Westlaw per day and an unlimited supply of photocopies and paper.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  This Court has no authority to compel nonparties to act in this context.  Plaintiff is an incarcerated individual.  As such, he is required to comply with all facility rules and policies regarding legal access, paper and photocopies.  To the extent that Plaintiff contends that these policies are insufficient, the Court reminds Plaintiff that he is a voluntary litigant in a federal lawsuit.  He chose to pursue this action knowing the limitations he would face due to his incarcerated status.  Like any other litigant, he must use discretion in choosing the research he conducts or the pleadings he files. Despite the early stages of this case, the Court notes that Plaintiff has filed twenty (20) pleadings, including motions, letters, responses, status updates, and amended pleadings.  Little, if any, discretion has been employed by Plaintiff to date.  Plaintiff shall limit his pleadings to motions or responses to motions, unless specifically directed to file any other document by the Court or the Local Rules.  Plaintiff is reminded that any motion he files must comply with the Local Rules, including that it contain an adequate legal basis, title and case caption as required by D.C.COLO.LCivR 7.1C. & 10.1I., J.

    Dated:  January 27, 2011