IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02303-PAB-KLM

DANIEL ONODERA,

    Plaintiff,

v.

BEVERLY DOWIS, Health Services Admin.,
KATHLEEN MELLOH, Physician Assistant,
JOANN STOCK, Physician Assistant,
STEPHAN KREBS, P.H.P. M.D.,
PAULA FRANTZ, Chief Medical Officer,
JOSEPH FORTUNATO, M.D., and
NICOLE WILSON, Medical Records Admin.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Request Leave to Amend Pro Se Prisoners [sic] Original Complaint** [Docket No. 57; Filed April 7, 2011] (the "Motion"). The Court previously informed Plaintiff that any motion to amend his operative Complaint must include a proposed Amended Prisoner Complaint. *Order* [#28] at 1. Plaintiff failed to attach a proposed Amended Prisoner Complaint to his Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. All motions to amend a complaint must include a proposed amended pleading.

    IT IS FURTHER **ORDERED** that to amend the operative Complaint [Docket No. 36], Plaintiff must (1) file a motion; and (2) attach a proposed Amended Prisoner Complaint which contains any amendments Plaintiff would like the Court to consider, including every claim, party and remedy that he wishes to pursue in this matter.

    IT IS FURTHER **ORDERED** that Plaintiff shall use the Court's Prisoner Complaint Form to draft his proposed Amended Prisoner Complaint. To this end, the Clerk shall mail Plaintiff two (2) copies of the Court's Prisoner Complaint Form.

    Dated: April 11, 2011