IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02303-PAB-KLM

DANIEL ONODERA,

     Plaintiff,

v.

BEVERLY DOWIS, Health Services Admin,
KATHLEEN MELLOH, Physician Assistant,
JOANN STOCK, Physician Assistant,
STEPHAN KREBS, P.H.P. M.D.,
PAULA FRANTZ, Chief Medical Officer,
JOSEPH FORTUNATO, M.D., and
NICOLE WILSON, Medical Records Admin.,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's tendered Amended Prisoner Complaint

[Docket No. 64; Filed April 18, 2011].  This is Plaintiff's second attempt to amend his

operative Complaint [Docket No. 36].  The first attempt was ineffectual because Plaintiff did

not file a proposed amended pleading in conjunction with his motion [Docket Nos. 57 & 62].

This attempt is likewise ineffectual because Plaintiff did not file a motion with his tendered

Amended Prisoner Complaint.  Nevertheless, given Plaintiff's *pro se* status, the Court

considers the tendered Amended Prisoner Complaint in conjunction with Plaintiff's prior

motion [Docket No. 57].  Because leave to amend should be freely given, see Fed. R. Civ.

P. 15(a), the Court finds that justice would be served by amendment.  Accordingly,

IT IS HEREBY **ORDERED** that the tendered Amended Prisoner Complaint [#64] is accepted for filing as of the date of this Order.  **No further amendments shall be permitted**.

Because this Complaint supercedes Plaintiff's prior Complaint [Docket No. 36], Defendants' pending Motion is Dismiss [Docket No. 48] is "technically moot because [it is] directed at a pleading that is no longer operative." *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006); *see also Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL14826, at *1 (D. Colo. Jan. 11, 2010) (unpublished decision) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded." (citations omitted)).  Accordingly,

IT IS FURTHER **ORDERED** that the pending Motion to Dismiss [#48] is **DENIED as moot**.

IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the Amended Complaint at issue here on or before **May 9, 2011**.

Dated:  April 25, 2011